IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DUKES,

      Petitioner,               No. CIV S-08-2347 DAD P

  vs.

R. PININER, et al.,

      Respondents.         ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 10, 2008, the court issued an order instructing petitioner to submit an affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee ($5.00). The court also sent petitioner a copy of the in forma pauperis form used by this district. The court's order was served on petitioner's address of record, but petitioner apparently refused to accept his mail.

      Petitioner is advised that he has a duty to diligently prosecute this case. Petitioner may not proceed with this action until he submits an affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee. In the interests of justice, the court will grant petitioner thirty days from the date of service of this order to submit an affidavit in support of a

/////

request to proceed in forma pauperis or the appropriate filing fee. Petitioner's failure to comply with this order will result in a recommendation for dismissal of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation for dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: November 12, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
duke2347.mail